**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Western Rise, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2522510** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 W. Colorado Ave., STE E** **Telluride, CO 81435** Number, Street, City, State & ZIP Code | **PO Box 1326** **Telluride, CO 81435** P.O. Box, Number, Street, City, State & ZIP Code |
| **San Miguel** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **https://westernrise.com/**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Western Rise, Inc.**                                                    Case number (*if known*) _____

      Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

Debtor    **Western Rise, Inc.**                                                    Case number (*if known*) _____
_____
          Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
|---|---|---|
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
|---|---|---|

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### ▓ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | Check one: |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| 15. | **Estimated Assets** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Debtor   **Western Rise, Inc.**                                    Case number (*if known*) _____
　　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Western Rise, Inc.**
Name

Case number (*if known*) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2024**
MM / DD / YYYY

**X** **/s/ Kelly Watters**
Signature of authorized representative of debtor

**Kelly Watters**
Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Jonathan M. Dickey**
Signature of attorney for debtor

Date **June 19, 2024**
MM / DD / YYYY

**Jonathan M. Dickey**
Printed name

**Kutner Brinen Dickey Riley PC**
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**

Email address   **jmd@kutnerlaw.com**

**46981 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Western Rise, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2024**          X *_/s/ Kelly Watters_*
                                           Signature of individual signing on behalf of debtor

                                           **Kelly Watters**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Western Rise, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                       12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.......................................................................................... $     **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*....................................................................................... $     **3,401,871.15**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*......................................................................................... $     **3,401,871.15**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **4,556,763.11**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **709,793.41**

4. **Total liabilities** ...............................................................................................
Lines 2 + 3a + 3b

$     **5,266,556.52**

**Fill in this information to identify the case:**

Debtor name  **Western Rise, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Mercury Bank** | **Checking** | | $26,740.66 |
| 3.2. | **PayPal account** | | | $3,806.21 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $30,546.87 |
|---|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | **Prepaid expenses** | $7,120.79 |
|---|---|---|

| Debtor | **Western Rise, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                        $7,120.79

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| | 11a. 90 days old or less: | 23,287.00 | - | 0.00 | = .... | $23,287.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11a. 90 days old or less: | 11,872.00 | - | 0.00 | = .... | $11,872.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                    $35,159.00

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale Inventory - number from April balance sheet** | | $0.00 | | $2,761,969.37 |
| 22.  **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                                    $2,761,969.37

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor **Western Rise, Inc.**        Case number *(If known)* _____
Name

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture | **$0.00** | | **$1,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Misc office equipment - value from April balance sheet | **$0.00** | | **$11,543.12** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $12,543.12 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

Debtor **Western Rise, Inc.**
Name

Case number *(If known)* _____

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **100 W. Colorado Ave., Ste. E Telluride, CO 81435** | Lease | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Debtor owns a number of trademarks - to be amended** | $0.00 | | $0.00 |
| 61. **Internet domain names and websites**<br>**https://westernrise.com/** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer list** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill**<br>**Goodwill from most recent balance sheet** | $0.00 | | $554,532.00 |

Debtor   **Western Rise, Inc.**                                    Case number *(If known)* _____
         Name

66.   **Total of Part 10.**                                                    | $554,532.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor  **Western Rise, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,546.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,120.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,159.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,761,969.37 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,543.12 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $554,532.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,401,871.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,401,871.15 |

**Fill in this information to identify the case:**

Debtor name __**Western Rise, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Colorado Lending Source**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | **$15,949.27** | **$0.00** |

**1441 18th Street, Suite 100**
**Denver, CO 80202**
Creditor's mailing address

Describe the lien
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| **2.2** **First Southwest Community Fund**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | **$68,170.10** | **$0.00** |
|---|---|---|---|

**Durango Branch**
**600 East 2nd Avenue**
**Durango, CO 81301**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor     **Western Rise, Inc.**                                          Case number *(if known)* _____
                Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.3 | **GZ Impact Fund I, L.P.** | Describe debtor's property that is subject to a lien | $1,659,809.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1324 15th Street**
**Denver, CO 80202**

**All assets**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **The S Group Inc.** | Describe debtor's property that is subject to a lien | $2,389,977.94 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**621 SW Alder St., Suite 900**
**Portland, OR 97205**

**Services provided**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **WebBank** | Describe debtor's property that is subject to a lien | $375,076.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**215 S. State Street, Suite 1000**
**Salt Lake City, UT 84111**

**All assets**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor   **Western Rise, Inc.**                                                   Case number (if known) _____
            Name

Creditor's email address, if known          ☐ Yes

                                             **Is anyone else liable on this claim?**
**Date debt was incurred**
                                             ■ No

**Last 4 digits of account number**          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.6 | **WebBank** | Describe debtor's property that is subject to a lien | $47,780.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**215 S. State Street, Suite
1000
Salt Lake City, UT 84111**            **All assets**
Creditor's mailing address

                                             **Describe the lien**

                                             **Is the creditor an insider or related party?**
                                             ■ No
Creditor's email address, if known          ☐ Yes

                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                   ☐ No

**Last 4 digits of account number**          ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,556,763.11 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brownstein Hyatt Farber Schreck**<br>**c/o Amalia Sax-Bolder**<br>**675 15th Street, Suite 2900**<br>**Denver, CO 80202** | Line _2.3_ | |
| **BSide Capital**<br>**3350 Brighton Blvd.**<br>**Suite 235**<br>**Denver, CO 80216** | Line _2.1_ | |
| **PayPal Working Capital**<br>**Attn: Executive Escalation**<br>**PO Box 45950**<br>**Omaha, NE 68145-0950** | Line _2.6_ | |

Debtor    **Western Rise, Inc.**
_____
Name

**Stoel Rives LLP**
**c/o John S. Kaplan**
**600 University Street, Suite 3600**
**Seattle, WA 98101**

Case number (*if known*)  _____

Line    **2.4**

**Fill in this information to identify the case:**

Debtor name    **Western Rise, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
| | **Arizona Department of Revenue**<br>**Attn: Collections Divisions**<br>**1600 West Monroe Street**<br>**Phoenix, AZ 85007** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |
| | **Arkansas Department of Finance**<br>**1509 W. 7th St.**<br>**Little Rock, AR 72201** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Western Rise, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **California Dept. of Tax and Fee Admin.**<br>**450 North Street**<br>**Sacramento, CA 95814** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Colorado Department of Revenue**<br>**1881 Pierce Street**<br>**Attn: Bankruptcy Dept., RM 104**<br>**Lakewood, CO 80215** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Connecticut Department of Revenue**<br>**450 Columbus Boulevard, Suite 1**<br>**Hartford, CT 06103** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Delaware Department of Revenue**<br>**C/O Division of Revenue**<br>**540 South DuPont Highway**<br>**Suite 2**<br>**Dover, DE 19901** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Western Rise, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Government of the District of Columbia** **Office of the Chief Financial Officer** **Office of Tax and Revenue** **1101 4th Street, SW** **Washington, DC 20024** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Hawaii Department of Taxation** **P.O. Box 3559** **Honolulu, HI 96811-3559** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Illinois Department of Revenue** **PO Box 19035** **Springfield, IL 62794-9035** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Debtor   **Western Rise, Inc.**
_____     Case number (*if known*) _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.12   Priority creditor's name and mailing address
**Maryland Department of Taxation**
**700 East Pratt Street, 2nd Floor**
**Suite 2700**
**Baltimore, MD 21202**

As of the petition filing date, the claim is:          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.13   Priority creditor's name and mailing address
**Massachusetts Department of**
**Revenue**
**436 Dwight Street**
**Suite 401**
**Springfield, MA 01103**

As of the petition filing date, the claim is:          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.14   Priority creditor's name and mailing address
**Michigan Department of Treasury**
**PO Box 30774**
**Lansing, MI 48929**

As of the petition filing date, the claim is:          $0.00        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Western Rise, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Minnesota Department of Revenue**
**600 Robert Street North**
**Saint Paul, MN 55101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nevada Department of Taxation**
**500 East Third Street**
**Carson City, NV 89713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Department of**
**Treasury**
**Division of Taxation**
**PO Box 281**
**Trenton, NJ 08695-0281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York Dept of Taxation and**
**Finance**
**Harriman Campus Road**
**Albany, NY 12226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Western Rise, Inc.** _____  Case number (_if known_) _____

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**North Carolina Department of Revenue**
**301 McCullough Drive**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | $0.00 | $0.00 |

**Ohio Department of Revenue**
**P.O. Box 530**
**Columbus, OH 43216-0530**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | $0.00 | $0.00 |

**Tennessee Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | $0.00 | $0.00 |

**Town of Telluride**
**PO box 397**
**Telluride, CO 81435**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Western Rise, Inc.**                                              Case number (*if known*) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.23** Priority creditor's name and mailing address
**Utah State Tax Commission**
**210 North 1950 West**
**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address
**Virginia Department of Taxation**
**1957 Westmoreland Street**
**Richmond, VA 23230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
**Washington State Dept Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave., Suite 1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,350.00** |

**3.1** Nonpriority creditor's name and mailing address
**Advisory Marketing, LLC**
**25 Mauchly, Suite 325**
**Irvine, CA 92618**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,350.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 640448**
**Dallas, TX 75265-0448**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,486.62**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Western Rise, Inc.**                                    Case number *(if known)* _____
         Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ana Chalas**
**c/o Mizrahi Kroub LLP**
**225 Broadway, 39th Floor**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit under New York Civil Rights Law based on website**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,127.50** |

**Ascent CFO Solutions**
**2806 Speer Blvd.**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Bell Lap Advisors**
**PO Box 2395**
**Bend, OR 97709**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,446.00** |

**Catalyst Law Group, PLLP**
**1634 Walnut St.**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,153.85** |

**Chase**
**Card Services**
**P.O. Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **7736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,512.23** |

**Chase**
**Card Services**
**P.O. Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **5958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,808.16** |

**Chase**
**Card Services**
**P.O. Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **8861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Western Rise, Inc.**                                           Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.10** **Nonpriority creditor's name and mailing address**
**Eliah Jones**
**10054 Perimeter Trace East**
**Atlanta, GA 30346**

As of the petition filing date, the claim is: *Check all that apply.*          **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**First Southwest Community Fund**
**600 East 2nd Ave.**
**Durango, CO 81301**

As of the petition filing date, the claim is: *Check all that apply.*          **$1,130.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Funds loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Form Study**
**1555 W. Thomas Ave.**
**Englewood, CO 80110**

As of the petition filing date, the claim is: *Check all that apply.*          **$4,149.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Futurewant**
**PO Box 1326**
**Telluride, CO 81435**

As of the petition filing date, the claim is: *Check all that apply.*          **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**GEN Capital**
**6 Concourse Parkway, Suite 1515**
**Atlanta, GA 30328**

As of the petition filing date, the claim is: *Check all that apply.*          **$11,953.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Funds loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**Groman Wintercrown, Inc.**
**PO Box 1075**
**Telluride, CO 81435**

As of the petition filing date, the claim is: *Check all that apply.*          **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**GZ Impact Servicer LLC**
**1324 15th Street**
**Denver, CO 80202**

As of the petition filing date, the claim is: *Check all that apply.*          **$11,317.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Funds loaned**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Western Rise, Inc.**      Case number *(if known)* _____

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,710.26** |
|---|---|---|---|

**Haowu, LLC**
**137 Eldert St., #3**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services provided__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,722.73** |
|---|---|---|---|

**Happy Returns**
**28790 Chase Pl.**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services provided__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Impact Tech Inc.**
**223 E. De La Guerra Street**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Jason David**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.82** |
|---|---|---|---|

**Palisade Trading**
**906 Redwood Circle**
**Apple Valley, MN 55125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Partner Hero Inc.**
**250 S. 5th St., Ste. 400**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services provided__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,764.50** |
|---|---|---|---|

**Potomac Law Group, PLLC**
**1300 Pennsylvania Ave. NW**
**Suite 700**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Attorney fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor     **Western Rise, Inc.**
_____     Case number (if known) _____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,750.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**ProperBrand**
**922 Santa Florencia**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Receive Finance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$427.50** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**RedPoint Financial**
**3845 Tennyson St., Suite 145**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.10** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

**RockReturns, LLC**
**620 Rutherford Street**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,496.20** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Shiphero Fulfillment, LLC**
**55 W. Railroad Ave., Bldg. 4**
**Garnerville, NY 10923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Warehouse**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Siena Labs Inc.**
**1209 Orange Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Sound Communications Inc.**
**149 W, 36th St. Floor 11**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Western Rise, Inc.**        Case number (if known) _____
_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.87 |
|------|---|---|---|

**Stephen Sramek**
**1968 E 1700 S**
**Salt Lake City, UT 84108**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,500.00 |
|------|---|---|---|

**Swiggle Media**
**323 Adams Ranch Road, Unit 6B**
**Mountain Village, CO 81435**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,239.20 |
|------|---|---|---|

**Taylor Wingerter**
**7950 Knowledge Lane**
**Knoxville, TN 37938**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bookkeeper**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,682.15 |
|------|---|---|---|

**Will and Kelly Watters**
**308 Adams Ranch Road, #20**
**Telluride, CO 81435**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Funds loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 709,793.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 709,793.41 |

**Fill in this information to identify the case:**

Debtor name **Western Rise, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Photo Video Database website** | |
| State the term remaining | **Air Labs Inc.** **223 Bedford Ave.** **PMB 1163** **Brooklyn, NY 11211** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Design contract** | |
| State the term remaining | **Canava.com** **200 E. 6th Street** **Austin, TX 78701** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Cap Table Management** | |
| State the term remaining | **Carta** **333 Bush Street** **San Francisco, CA 94104** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Marketing and Admin** | |
| State the term remaining | **ChatGPT** **575 Florida Street** **San Francisco, CA 94104** |
| List the contract number of any government contract | |

Debtor 1   **Western Rise, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

<span style="background-color:#3a0a3a; padding:10px 25px;"> </span>   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Administrative Services** | |
| State the term remaining | **Docusign**<br>**221 Main Street, #800**<br>**San Francisco, CA 94105** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Administrative services** | |
| State the term remaining | **Dropbox**<br>**1800 Owens Street**<br>**San Francisco, CA 94158** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Design and Development** | |
| State the term remaining | **Form Study**<br>**3798 S. Lipan Street**<br>**Englewood, CO 80110** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Website hosting** | |
| State the term remaining | **GoDaddy.com**<br>**2150 E. Warner Road**<br>**Tempe, AZ 85284** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Administrative Services** | |
| State the term remaining | **Google Suite**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| List the contract number of any government contract | |

Debtor 1    **Western Rise, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Service Platform** | |
| State the term remaining | |
| List the contract number of any government contract | **Gorgias**<br>**180 Sansome St., Ste. 1800**<br>**San Francisco, CA 94104-3724** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Office lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Groman Wintercrown, Inc.**<br>**PO Box 1075**<br>**Telluride, CO 81435** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Returns Processing** | |
| State the term remaining | |
| List the contract number of any government contract | **Happy Returns**<br>**28790 Chase Place**<br>**Valencia, CA 91355** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Affiliate Marketing** | |
| State the term remaining | |
| List the contract number of any government contract | **Impact Radius**<br>**223 E. De La Guerra St.**<br>**Santa Barbara, CA 93101** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Influencer Marketing** | |
| State the term remaining | |
| List the contract number of any government contract | **Insense**<br>**31 West 34th Street**<br>**Suite 8189**<br>**New York, NY 10001** |

Debtor 1   **Western Rise, Inc.**
      First Name     Middle Name     Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest     **Accounting software**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Intuit**<br>**2700 Coast Ave**<br>**Mountain View, CA 94043** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest     **E-mail marketing**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Klaviyo, Inc.**<br>**125 Summer Street, Floor 6**<br>**Boston, MA 02111** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest     **Administrative Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Loom**<br>**140 2nd Street, 3rd Floor**<br>**San Francisco, CA 94105** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest     **Software contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Microsoft**<br>**1 Microsoft Way**<br>**Redmond, WA 98052** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest     **Marketing Data Platform**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Northbeam**<br>**338 Main Street, Unit 32**<br>**San Francisco, CA 94105** |

Debtor 1 **Western Rise, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **CX Support** | |
|---|---|---|---|
| | State the term remaining | | **Partner Hero** |
| | List the contract number of any government contract | | **1001 Aveniuda Pico C260** **San Clemente, CA 92673** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **SMS Marketing** | |
|---|---|---|---|
| | State the term remaining | | **Postscript** |
| | List the contract number of any government contract | | **3370 N. Hayden Road, STE 251** **Scottsdale, AZ 85251** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for returns from customers** | |
|---|---|---|---|
| | State the term remaining | | **RockReturns, LLC** |
| | List the contract number of any government contract | | **620 Rutherford Street** **Greenville, SC 29609** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **ACH payment processor** | |
|---|---|---|---|
| | State the term remaining | | **Settle** |
| | List the contract number of any government contract | | **29 West 17th Street, 5th Floor** **New York, NY 10011** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse for inventory** | |
|---|---|---|---|
| | State the term remaining | | **ShipHero Logistics** |
| | List the contract number of any government contract | | **2507 S 300 W** **Salt Lake City, UT 84115** |

| Debtor 1 | **Western Rise, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to access Shopify platform** | |
|---|---|---|---|
| | State the term remaining | | **Shopify Inc.**<br>**33 New Montgomery St.**<br>**Ste. 750**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **AI Customer Service** | |
|---|---|---|---|
| | State the term remaining | | **Siena Labs**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Internet communication** | |
|---|---|---|---|
| | State the term remaining | | **Slack**<br>**500 Howard Street**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Paid Marketing** | |
|---|---|---|---|
| | State the term remaining | | **Swiggle Media**<br>**323 Adams Ranch Rd. Unit 6B**<br>**Mountain Village, CO 81435** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **State tax assistance** | |
|---|---|---|---|
| | State the term remaining | | **TaxJar**<br>**462 Washington St., #3066**<br>**Woburn, MA 01801** |
| | List the contract number of any government contract | | |

Debtor 1   **Western Rise, Inc.**
_____   Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit** | |
|---|---|---|---|
| | State the term remaining | | **Telecam Partnerships**<br>**716 S. Park Road, Unit D**<br>**Telluride, CO 81435** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Western Rise, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Will and Kelly Watters** | **308 Adams Ranch Road, #20 Telluride, CO 81435** | **Chase** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.2 | **Will and Kelly Watters** | **308 Adams Ranch Road, #20 Telluride, CO 81435** | **Chase** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.3 | **Will and Kelly Watters** | **308 Adams Ranch Road, #20 Telluride, CO 81435** | **Chase** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.4 | **Will and Kelly Watters** | **308 Adams Ranch Road, #20 Telluride, CO 81435** | **Colorado Lending Source** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Will and Kelly Watters** | **308 Adams Ranch Road, #20 Telluride, CO 81435** | **WebBank** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Western Rise, Inc.**                              Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.6 | **Will and Kelly Watters** | **308 Adams Ranch Road, #20 Telluride, CO 81435** | **First Southwest Community Fund** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| --- | --- | --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name **Western Rise, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other  **Business Operations** | **$2,751,514.20** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$7,014,909.78** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Business Operations** | **$3,952,540.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Western Rise, Inc.**  Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ascent CFO Solutions**<br>**2806 Speer Blvd.**<br>**Denver, CO 80211** | **3/13/24;**<br>**3/22/24;**<br>**4/8/24;**<br>**4/30/24;**<br>**5/15/24** | **$12,405.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Form Study**<br>**3798 S. Lipan St.**<br>**Englewood, CO 80110** | **3/6/24; 5/4/24** | **$12,104.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **GEN Capital**<br>**6 Concourse Pkwy #1515**<br>**Atlanta, GA 30328** | **3/19/24** | **$9,545.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **GZ Impact Fund, LP**<br>**1555 Blake Street, Suite 210**<br>**Denver, CO 80202** | **3/6/24;**<br>**4/5/24;**<br>**5/20/24** | **$32,638.80** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Impact Tech Inc.** | **3/22/24;**<br>**3/29/24;**<br>**4/23/24** | **$10,603.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Meta Platforms, Inc.**<br>**1 Meta Way**<br>**Menlo Park, CA 94025-1452** | **3//6/24;**<br>**3/13/24;**<br>**3/22/24;**<br>**3/26/24;**<br>**3/29/24** | **$102,140.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **New Zealand Sock Co.**<br>**8 Kermode Street**<br>**Ashburton 7700**<br>**New Zealand** | **3/25/24** | **$10,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **RockReturns LLC**<br>**325 Rocky Slope Rd.**<br>**Greenville, SC 29607** | **3/22/24;**<br>**5/15/24;**<br>**5/22/24;**<br>**5/30/24** | **$39,453.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor __Western Rise, Inc.__                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Swiggle Media LLC**<br>**350 N. Lake Destiny Road**<br>**Maitland, FL 32751** | 3//13/24;<br>4/8/24;<br>5/3/24;<br>5/15/24 | $16,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **The S Group Inc.**<br>**621 SW Alder St. #900**<br>**Portland, OR 97205** | 3/6/24;<br>3/11/24;<br>3/13/24;<br>3/22/24;<br>4/3/24;<br>4/9/24;<br>4/29/24;<br>5/22/24 | $262,889.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Western Rise, Inc.**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Chalas v. Western Rise, Inc.<br>515044/2024 | Lawsuit under NY law asserting Debtor's Website does not provide sufficient access to visually impaired customers | Supreme Court, State of NY, Kings County<br>360 Adams St. #4<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St., Suite 1720<br>Denver, CO 80264 | | | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor   **Western Rise, Inc.**                                                  Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses and e-mails**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

Debtor   **Western Rise, Inc.**                                     Case number *(if known)*

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Telecam Partnerships 716 S. Park Road, Unit D Telluride, CO 81435** | **Kelly and William Watters** | **Old financials and trade show materials** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

---

Debtor   **Western Rise, Inc.**                              Case number *(if known)*

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Redpoint Financial Services LLC** 3845 Tennyson Street, Suite 145 Denver, CO 80212 | **2021-Present** |
| 26a.2. **Taylor Wingerter** | **May 2023-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Redpoint Financial Services LLC** 3845 Tennyson Street, Suite 145 Denver, CO 80212 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Western Rise, Inc.**                                         Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Redpoint Financial Services LLC**<br>**3845 Tennyson Street, Suite 145**<br>**Denver, CO 80212** | |
| 26c.2. | **Taylor Wingerter** | |
| 26c.3. | **Krissy Edwards** | |
| 26c.4. | **Kelly Watters**<br>**308 Adams Ranch Road, #20**<br>**Telluride, CO 81435** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Greenline Ventures**<br>**1324 15th Street**<br>**Denver, CO 80202** |
| 26d.2. | **The S Group Inc.**<br>**621 SW Alder St., Suite 900**<br>**Portland, OR 97205** |
| 26d.3. | **Bell Lap Advisors**<br>**PO Box 2395**<br>**Bend, OR 97709** |
| 26d.4. | **Centerstone Capital**<br>**9595 Wilshire Blvd.**<br>**Suite 711**<br>**Beverly Hills, CA 90212** |
| 26d.5. | **Redpoint Financial Services LLC**<br>**3845 Tennyson Street, Suite 145**<br>**Denver, CO 80212** |
| 26d.6. | **CFO Share**<br>**3758 E. 104th Ave. #661**<br>**Thornton, CO 80233** |
| 26d.7. | **Ascent CFO Solutions**<br>**2806 Speer Blvd.**<br>**Denver, CO 80211** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor **Western Rise, Inc.** _____ Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Inventory taken by Ship Hero** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **ShipHero Logistics**<br>**2507 S 300 W**<br>**Salt Lake City, UT 84115** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Watters | 308 Adams Ranch Rd. #20<br>Telluride, CO 81435 | Secretary of Board, Creative Director, Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kelly Watters | 308 Adans Ranch Road, #20<br>Telluride, CO 81435 | President, Chairman of the Board, Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jay Hirsh | 6122 Monarch Road<br>Longmont, CO 80503 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marc Nager | | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Matthesen | 1730 Eversedge Drive<br>Alpharetta, GA 30009-7165 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglass Babbit | 4979 Pierre St.<br>Boulder, CO 80304 | Board Member, Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 4PF Syndicate Fund 2017.2-WR, LLC | 345 Lincoln Ave. #206<br>Steamboat Springs, CO 80487 | Shareholder | See Cap Table |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bear Creek Capital Management | PO Box 2880<br>Telluride, CO 81435 | Shareholder | See Cap Table |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Camp Four Investments LLC | 240 Mahoney Dr. #20<br>Telluride, CO 81435 | Shareholder | See Cap Table |

Debtor  **Western Rise, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Chramanda IRA Trust** | **PO Box 775187**<br>**Steamboat Springs, CO 80477-5187** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Chris Busbee** | **16 Trails Edge Ln.**<br>**Telluride, CO 81435-7706** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Cornelius Brubaker Trust** | **54 Timberwood Drive**<br>**PO Box 1956**<br>**Telluride, CO 81435** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Estel Lee Byrd** | **17 Jackson Ave.**<br>**Chatham, NJ 07928** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **GAN Ventures** | **PO Box 423**<br>**Littleton, CO 80160** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Gardner Prescott Technology Ventures** | **4401 Wilson Boulevard, 9th Floor**<br>**Arlington, VA 22203** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Greater Colorado Venture Fund I, LP** | **969 1/2 Main St.**<br>**Durango, CO 81301** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Jesse Johnson 2015 Part 1 Trust** | **PO Box 1529**<br>**Telluride, CO 81435** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Lions Paw Investments LLC** | **PO Box 742**<br>**Littleton, CO 80160** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Powder LLC** | **965 Main Ave., Ste. B**<br>**Durango, CO 81301-5121** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Rio Chato Investments LLC** | **5920 South Watson Lane**<br>**Littleton, CO 80123** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| **Telluride Venture Fund** | **220 E. Colorado Ave., #106**<br>**Telluride, CO 81435** | **Shareholder** | **See Cap Table** |

Debtor  **Western Rise, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Richard and Sue Carter Charitable Trust** | **16 Trails Edge Ln. Mountain Village, CO 81435-7706** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Telluride Venture Fund II LP** | **220 E. Colorado Ave., #106 Telluride, CO 81435** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **YX Capital LLC** | **PO Box 1529 Telluride, CO 81435** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Mark Cunningham** | **223 E. Strawberry Drive Mill Valley, CA 94941** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Andrew Aerenson** | **PO Box 539 16 Primrose Place Frisco, CO 80443** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Alerion Ventures Twenty, LLC** | **105 Broad Street Charleston, SC 29401** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Break Trail Ventures Fund II LP** | **6122 Monarch Road Longmont, CO 80503** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Advisory Ventures, LLC** | **870 W. 16th Street Newport Beach, CA 92663** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Tom Fature** | **6 Summer Drive Londonderry, NH 03053** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Annemarie Jodlowski** | **PO Box 1376 Telluride, CO 81435** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **The S Group Inc.** | **621 SW Alder St., Suite 900 Portland, OR 97205** | **Shareholder** | **See Cap Table** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Telluride Foundation** | **220 E. Colorado Ave., #106 Telluride, CO 81435** | **Shareholder** | **See cap table** |

Debtor    __Western Rise, Inc._____     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Ryan Shingledecker | PO Box 865 Telluride, CO 81435 | Shareholder | See Cap Table |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|--------------------------------------------------|
| Douglass Babbit | 4979 Pierre St. Boulder, CO 80304 | Former CEO | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Douglass Babbit 4979 Pierre St. Boulder, CO 80304 | $120,000 | Prior year | Salary for serving as CEO |
| | Relationship to debtor Former CEO | | | |
| 30.2. | Kelly Watters 308 Adans Ranch Road, #20 Telluride, CO 81435 | $100,000 | Past year | Salary |
| | Relationship to debtor Board Member, Chief Merchandising Officer | | | |
| 30.3. | William Watters 308 Adams Ranch Rd. #20 Telluride, CO 81435 | $120,000 | Last year | Salary |
| | Relationship to debtor Creative Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| | |

Debtor   **Western Rise, Inc.**                                        Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2024**

**/s/ Kelly Watters**                                           **Kelly Watters**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re   **Western Rise, Inc.**          Case No. _____

                Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **4PF Syndicate Fund 2017.2-WR, LLC**<br>**345 Lincoln Ave. #206**<br>**Steamboat Springs, CO 80487** | | | |
| **Advisory Ventures, LLC**<br>**870 W. 16th Street**<br>**Newport Beach, CA 92663** | | | |
| **Alerion Ventures Twenty, LLC**<br>**105 Broad Street**<br>**Charleston, SC 29401** | | | |
| **Andrew Aerenson**<br>**PO Box 539**<br>**16 Primrose Place**<br>**Frisco, CO 80443** | | | |
| **Annemarie Jodlowski**<br>**PO Box 1376**<br>**Telluride, CO 81435** | | | |
| **Bear Creek Capital Management**<br>**PO Box 2880**<br>**Telluride, CO 81435** | | | |
| **Break Trail Ventures Fund II LP**<br>**6122 Monarch Road**<br>**Longmont, CO 80503** | | | |
| **Camp Four Investments LLC**<br>**240 Mahoney Dr. #20**<br>**Telluride, CO 81435** | | | |
| **Chramanda IRA Trust**<br>**PO Box 775187**<br>**Steamboat Springs, CO 80477-5187** | | | |
| **Chris Busbee**<br>**16 Trails Edge Ln.**<br>**Telluride, CO 81435-7706** | | | |
| **Estel Lee Byrd**<br>**17 Jackson Ave.**<br>**Chatham, NJ 07928** | | | |

In re:   **Western Rise, Inc.**                                          Case No. _____
                                                              _____
                                         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**GAN Ventures**
**PO Box 423**
**Littleton, CO 80160**

**Gardner Prescott Technology Ventures**
**4401 Wilson Boulevard, 9th Floor**
**Arlington, VA 22203**

**Greater Colorado Venture Fund I, LP**
**969 1/2 Main St.**
**Durango, CO 81301**

**Jesse Johnson 2015 Part 1 Trust**
**PO Box 1529**
**Telluride, CO 81435**

**Lions Paw Investments LLC**
**PO Box 742**
**Littleton, CO 80160**

**Mark Cunningham**
**223 E. Strawberry Drive**
**Mill Valley, CA 94941**

**Powder LLC**
**965 Main Ave., Ste. B**
**Durango, CO 81301-5121**

**Richard and Sue Carter Charitable Trust**
**16 Trails Edge Ln.**
**Mountain Village, CO 81435-7706**

**Rio Chato Investments LLC**
**5920 South Watson Lane**
**Littleton, CO 80123**

**Telluride Venture Fund**
**220 E. Colorado Ave., #106**
**Telluride, CO 81435**

**Telluride Venture Fund II LP**
**220 E. Colorado Ave., #106**
**Telluride, CO 81435**

**Tom Fature**
**6 Summer Drive**
**Londonderry, NH 03053**

List of equity security holders consists of 3 total page(s)

In re:   **Western Rise, Inc.**                                                     Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YX Capital LLC**<br>**PO Box 1529**<br>**Telluride, CO 81435** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 19, 2024**                          Signature   **/s/ Kelly Watters**
                                                              **Kelly Watters**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

## United States Bankruptcy Court
### District of Colorado

In re  **Western Rise, Inc.**                                     Case No.
                                    Debtor(s)         Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 19, 2024**                        **/s/ Kelly Watters**
                                                **Kelly Watters**/**President**
                                                Signer/Title