United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-13394-JGR
Western Rise, Inc.     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Jun 27, 2024     Form ID: pdf904     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Western Rise, Inc., PO Box 1326, Telluride, CO 81435-1326 |
| 19632328 | + | Advisory Marketing, LLC, 25 Mauchly, Suite 325, Irvine, CA 92618-2332 |
| 19632358 | + | GEN Capital, 6 Concourse Parkway, Suite 1515, Atlanta, GA 30328-6280 |
| 19632365 | + | GZ Impact Fund I, L.P., 1324 15th Street, Denver, CO 80202-1606 |
| 19632366 | + | GZ Impact Servicer LLC, 1324 15th Street, Denver, CO 80202-1606 |
| 19632368 | + | Happy Returns, 28790 Chase Pl., Valencia, CA 91355-5422 |
| 19632398 | + | ProperBrand, 922 Santa Florencia, Solana Beach, CA 92075-1514 |
| 19632401 | + | RockReturns, LLC, 620 Rutherford Street, Greenville, SC 29609-5316 |
| 19632404 | + | Shiphero Fulfillment, LLC, 55 W. Railroad Ave., Bldg. 4, Garnerville, NY 10923-1261 |
| 19632410 | + | Sound Communications Inc., 149 W, 36th St. Floor 11, New York, NY 10018-9468 |
| 19632413 | + | Swiggle Media, 323 Adams Ranch Road, Unit 6B, Mountain Village, CO 81435-9305 |
| 19632419 | + | The S Group Inc., 621 SW Alder St., Suite 900, Portland, OR 97205-3627 |
| 19632426 | + | Will and Kelly Watters, 308 Adams Ranch Road, #20, Telluride, CO 81435-9333 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19632330 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:16:06 | American Express, P.O. Box 640448, Dallas, TX 75265-0448 |
| 19632354 | + | Email/Text: deanna.mcdonald@fswb.com | Jun 27 2024 22:10:39 | First Southwest Community Fund, Durango Branch, 600 East 2nd Avenue, Durango, CO 81301-5482 |
| 19632342 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 22:16:59 | Chase, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 19632424 | + | Email/Text: bankruptcy@webbank.com | Jun 27 2024 22:09:00 | WebBank, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19632343 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 19632344 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 19632425 | *+ | WebBank, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 19632347 | ##+ | Colorado Lending Source, 1441 18th Street, Suite 100, Denver, CO 80202-5932 |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 27, 2024 | Form ID: pdf904 | Total Noticed: 17 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amalia Y Sax-Bolder | on behalf of Creditor GZ Impact Fund I  L.P. asax-bolder@bhfs.com, aciabattoni@bhfs.com |
| Joli A. Lofstedt | joli@jaltrustee.com  ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Jonathan Dickey | on behalf of Debtor Western Rise  Inc. jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Lacey S. Bryan | on behalf of Creditor The S Group Inc. lbryan@markuswilliams.com janderson@markuswilliams.com;docket@markuswilliams.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-13394-JGR |
| WESTERN RISE, INC. ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL**

UPON CONSIDERATION of the Motion of the Debtor and Debtor in Possession for entry of an order authorizing the use of cash collateral on an interim basis ("Motion") and setting a final hearing, and any additional papers filed in opposition thereto and in further support thereof; and having heard the arguments of counsel, if any; and having considered any evidence presented; and due and proper notice of the Motion having been provided; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. That adequate protection of senior secured creditor GZ Impact Fund I, L.P. ("Greenline"), and any other party asserting an interest in the Debtor's cash, cash equivalents, accounts, and accounts receivable (collectively "Secured Creditors"), interests in cash collateral proposed to be used by the Debtor (the "Cash Collateral") in accordance with the Budget that accompanies the Motion is approved as follows:

    a. Greenline will be paid adequate protection payments of $11,317.30 per month;

    b. The Debtor will provide each of the Secured Creditors with a replacement lien and security interest on all of the Debtor's post-petition assets (the "Adequate Protection Liens"), to the extent that the use of the cash results in a decrease in the value of the Secured Creditors' interest in the collateral pursuant to 11 U.S.C. § 361(2). All replacement liens will hold the same relative priority to assets as did the pre-petition liens;

    c. To the extent that the Adequate Protection Liens prove to be insufficient, each of the Secured Creditors, as may be applicable, shall be granted superpriority administrative

expense claims under section 507(b) of the Bankruptcy Code but only to the extent that such Secured Creditor has a valid allowed secured claim under section 506(a) in the Cash Collateral used.

    d. The Debtor will only use cash collateral in accordance with the revised Interim Cash Collateral Budget appended hereto subject to a line-item deviation on expenses not to exceed 10% without the prior agreement of Greenline or an order of the Court;

    e. The Debtor will keep the Secured Creditors' collateral fully insured; the insurance policies and related endorsements shall be in form and substance reasonably acceptable to Greenline and copies of which shall be furnished to Greenline within seven (7) calendar days after the entry of this Order.

    f. The Debtor will provide Greenline and The S Group each with a complete accounting no later than the 10th day following each month in which the Debtor uses Cash Collateral under this Order that includes at a minimum (a) a Budget comparison showing each line item in the Budget for the prior month, the amount budgeted, the actual amount and the variance, if any; and (b) an accounts receivable aging report effective as of the end of the prior month;

    g. The Debtor will maintain in good repair all of the Secured Creditors' collateral.

    h. Debtor's right to use Cash Collateral pursuant to the terms of this order shall terminate upon the earlier of (a) the default by Debtor under any terms of this Order and (b) July 19, 2024, unless otherwise agreed by Greenline in writing.

3. The Debtor's use of cash collateral pursuant to this Order is authorized with a complete reservation of rights of the Secured Creditors or any other secured creditor to its various claims and lien positions in and to the Debtor's assets.

4. A final hearing on the Debtor's Motion is set for **Tuesday, July 9, 2024 at 11:00 a.m. by videoconference.**

5. Greenline reserves all rights with respect to the Debtor's requested relief on a final basis

Dated: June 27, 2024

                     _____
                       Honorable Joseph G. Rosania, Jr.
                       United States Bankruptcy Judge

Interim Cash Collateral Budget

| Category | Vendor | 6.17.24 | 6.24.24 | 7.1.24 | 7.8.24 | 7.15.24 | 7.22.24 |
|---|---|---|---|---|---|---|---|
| Inflows | Weekly Sales plan - Net E Comm | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 |
| | Weekly Sales plan - Gross E Comm | $104,000.00 | $104,000.00 | $104,000.00 | $104,000.00 | $104,000.00 | $104,000.00 |
| | Shipping Revenues | $2,275.00 | $2,275.00 | $2,275.00 | $2,275.00 | $2,275.00 | $2,275.00 |
| | Sales Tax Collected | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
| | KS Inflow | | | $94,500.00 | | | |
| | KS Outflow (COGS - MOQ, Marketing) | | | ($85,000.00) | | | |
| | **Total Inflows** | **$70,525.00** | **$70,525.00** | **$80,025.00** | **$70,525.00** | **$70,525.00** | **$70,525.00** |
| | | | | | | | |
| Outflows | | 6.17.24 | 6.24.24 | 7.1.24 | 7.8.24 | 7.15.24 | 7.22.24 |
| Interest Expense | Colorado Lending Source | $0.00 | | | | $0.00 | |
| Interest Expense | First Southwest Community Bank | $0.00 | | | | $0.00 | |
| Interest Expense | Greenline Community Ventures | $0.00 | $11,317.30 | | | $11,317.00 | |
| | Shopify Capital | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Paypal Loan | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Legal Fees | Catalyst, Kutner | | | | | | |
| Merchant Fee | Shopify (transaction fee) | $1,625.00 | $1,625.00 | $1,625.00 | $1,625.00 | $1,625.00 | $1,625.00 |
| Inventory, Ware | All Fulfilment (Shiphero / Rock - @18%) | $11,700.00 | $11,700.00 | $11,700.00 | $11,700.00 | $11,700.00 | $11,700.00 |
| Inventory, Ware | Resourcing Supply Chain | $0.00 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 |
| Marketing | All Digital Marketing (TBC - Meta, Google) @17% | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| Marketing | Klaviyo Inc (emails) - monthly auto draw 20th | | | $2,180.00 | | | |
| Marketing | Impact Radius/Tech - monthly Fee | $2,000.00 | | $5,000.00 | | $2,000.00 | |
| Office & Admin | Dropbox - auto draw 5th | $225.00 | | | | $225.00 | |
| Office & Admin | Groman Wintercrown, Inc. | $2,500.00 | | | | $2,500.00 | |
| Office & Admin | Utilities | | $300.00 | $80.00 | | $385.00 | $300.00 |
| Office & Admin | Tech Stack (Shopify, Georgias, Slack, Google etc)($13,000) | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
| Office & Admin | Insurance | | $188.00 | | | | $188.00 |
| Office & Admin | Northbeam - monthly auto draw 5th | $1,500.00 | | | | $1,500.00 | |
| Office & Admin | Sales Tax Due | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
| Customer Experi | Siena Labs (CX) | $3,843.76 | | $2,156.24 | | | |
| Customer Experi | CX Team | | $2,500.00 | | | $2,500.00 | |
| Customer Experi | Partner Hero (CX) | | | | | $1,000.00 | |
| Salaries | Tom Matthesen contractor fee | | | 7500 | 2500 | | |
| Salaries | Upwork (Creative, Design, website) | | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Salaries | Outsource Accounting (Windham Brannon) | $2,000.00 | | $2,000.00 | | $2,000.00 | |
| Salaries | Muhammad Farooq - budgeted $5000 monthly | $2,500.00 | | $2,500.00 | | $2,500.00 | |
| Salaries | Swiggle Media LLC (Paid Marketing) | $4,000.00 | | $4,000.00 | | $4,000.00 | |
| Salaries | Taylor Wingerter - monthly $2000 | $2,000.00 | | | | | $2,000.00 |
| Salaries | TriNet - Payroll monthly @ $28k to $38k to $58k | $16,500.00 | | $16,500.00 | | $16,500.00 | |
| Salaries | Janine Maza- Affiliate | $250.00 | | $250.00 | | $250.00 | |
| Salaries | Tetiana Mykhailyk- SEO Content | $500.00 | | $500.00 | | $500.00 | |
| Salaries | Angela Gargarutea- Social | $300.00 | | $300.00 | | $300.00 | |
| Salaries | Axle Ivan Andres- Email | $275.00 | | $275.00 | | $275.00 | |
| Salaries | Cheska Yee- Admin & Reporting | | $320.00 | | $320.00 | | |
| | **Total Outflows** | **$69,268.76** | **$55,500.30** | **$71,616.24** | **$33,695.00** | **$93,627.00** | **$48,363.00** |

| Summary Cashflow | | | | | | | |
|---|---|---|---|---|---|---|---|
| Opening Balance | | $10,000.00 | $11,256.24 | $33,780.94 | $44,689.70 | $81,519.70 | $58,417.70 |
| Total Inflow | | $70,525.00 | $70,525.00 | $80,025.00 | $70,525.00 | $70,525.00 | $70,525.00 |
| Total Outflow | | $69,268.76 | $55,500.30 | $71,616.24 | $33,695.00 | $93,627.00 | $48,363.00 |
| Closing Blance | | $11,256.24 | $26,280.94 | $42,189.70 | $81,519.70 | $58,417.70 | $80,579.70 |