WESTERN RISE UNSECURED CLAIMS ANALYSIS

EXHIBIT A

| Priority Creditor | Scheduled | POC Amount | Claim Amount | Disputed |
|---|---:|---:|---:|---|
| IRS | 0.00 | 1,400.00 | 1,400.00 | N |
| Ohio | 0.00 | 2,102.16 | 2,102.16 | N |
| Washington | 0.00 | 3,270.19 | 3,270.19 | N |
| Arizona | 0.00 | None | 0.00 | N |
| Arkansas | 0.00 | None | 0.00 | N |
| California | 0.00 | None | 0.00 | N |
| Colorado | 0.00 | None | 0.00 | N |
| Connecticut | 0.00 | None | 0.00 | N |
| Delaware | 0.00 | None | 0.00 | N |
| District of Columbia | 0.00 | None | 0.00 | N |
| Hawaii | 0.00 | None | 0.00 | N |
| Illinois | 0.00 | None | 0.00 | N |
| Kentucky | 0.00 | None | 0.00 | N |
| Maryland | 0.00 | None | 0.00 | N |
| Massachusetts | 0.00 | None | 0.00 | N |
| Michigan | 0.00 | None | 0.00 | N |
| Minnesota | 0.00 | None | 0.00 | N |
| Nevada | 0.00 | None | 0.00 | N |
| New Jersey | 0.00 | None | 0.00 | N |
| New York | 0.00 | None | 0.00 | N |
| North Carolina | 0.00 | None | 0.00 | N |
| Tennessee | 0.00 | None | 0.00 | N |
| Telluride | 0.00 | None | 0.00 | N |
| Utah | 0.00 | None | 0.00 | N |
| Virginia | 0.00 | None | 0.00 | N |
| **Total** | | | **6,772.35** | |

| General Unsecured | Scheduled | POC Amount | Claim Amount | Disputed |
|---|---:|---:|---:|---|
| Advisory Marketing | 14,350.00 | None | 14,350.00 | N |
| American Express | 14,486.62 | 21,621.76 | 21,621.76 | N |
| Ana Chalas | Unknown | None | 0.00 | N |
| Acent CFO Solutions | 2,127.50 | None | 2,127.50 | N |
| Bell Lap Advisors | 1,500.00 | None | 1,500.00 | N |
| Catalyst Law Group | 5,446.00 | None | 5,446.00 | N |
| Chase | 24,559.37 | None | 24,559.37 | N |
| CHase | 75,512.23 | 77,781.99 | 77,781.99 | N |
| Chase | 104,768.90 | None | 104,768.90 | N |
| Eliah Jones | 400.00 | None | 400.00 | N |
| First Southwest Community | 1,130.59 | None | 1,130.59 | N |
| First Southwest Community | 68,170.10 | 72,808.00 | 72,808.00 | Y |
| Form Study | 4,149.22 | None | 4,149.22 | N |
| Futurewant | 800.00 | None | 800.00 | N |
| GEN Capital | 11,953.61 | None | 11,953.61 | Y |
| Groman Wintercrown | 5,000.00 | None | 5,000.00 | N |
| GZ Impact Servicer | 11,317.30 | None | 11,317.30 | N |
| Haowu LLC | 1,710.26 | None | 1,710.26 | N |

WESTERN RISE UNSECURED CLAIMS ANALYSIS

EXHIBIT A

| Creditor | Amount 1 | Amount 2 | Total | Flag |
|---|---:|---:|---:|:---:|
| Happy Returns | 27,722.73 | None | 27,722.73 | N |
| Impact Tech Inc | 4,000.00 | None | 4,000.00 | N |
| Jason David | 285.00 | None | 285.00 | N |
| Launchboom (Via Affirm) | 2,933.32 | None | 2,933.32 | N |
| Palisade Trading | 285.00 | None | 285.00 | N |
| Partner Hero | 3,000.00 | None | 3,000.00 | N |
| Potomac Law Group | 1,764.50 | None | 1,764.50 | N |
| ProperBrand | 8,750.00 | None | 8,750.00 | N |
| Receive Financing | 0.00 | None | 0.00 | N |
| RedPoint Financial | 427.50 | None | 427.50 | N |
| RockReturns | 10,000.10 | 19,377.95 | 19,377.95 | N |
| Shiphero Fulfillment | 9,496.20 | None | 9,496.20 | N |
| Siena Labs | 6,000.00 | None | 6,000.00 | N |
| Sound Communications | 15,500.00 | None | 15,500.00 | N |
| Stephen Sramek | 472.87 | None | 472.87 | N |
| Swiggle Media | 24,500.00 | None | 24,500.00 | N |
| Taylor Wingerter | 2,239.20 | None | 2,239.20 | N |
| Will and Kelly Watters | 364,973.26 | None | 364,973.26 | N |
| The S Group | 2,389,977.94 | 3,997,436.55 | 3,997,436.55 | Y |
| B Side | 15,949.27 | 14,028.82 | 14,028.82 | Y |
| WebBank (Shopify) | 375,076.00 | None | 375,076.00 | N |
| WebBank (PayPal) | 47,780.00 | None | 47,780.00 | N |
| IRS | 0.00 | 800.00 | 800.00 | N |
| Ohio | 0.00 | 979.88 | 979.88 | N |
| Washington | 0.00 | 924.77 | 924.77 | N |
| **Total** | | | **5,290,178.05** | |