Western Rise
Exhibit C

| LIQUIDATION ANALYSIS FOR WESTERN RISE | | | | |
|---|---|---|---|---|
| **General Assets** | **Liquidation Value** | **Cost of Sale/Collection** | **Liens** | **Total** |
| Bank Accounts (Petition Date) | $30,546.87 | $ - | $ 30,546.87 | $0.00 |
| Accounts Receivable | $35,159 | $ - | $ 35,159.00 | $0.00 |
| Inventory | $300,000 | $ - | $ 300,000.00 | $0.00 |
| Office Equipment | $2,000 | $ 200.00 | $ 1,800.00 | $0.00 |
| **Total** | **$367,705.87** | | | **$0.00** |
| | | | | |
| Funds for Distribution to the Estate | $0.00 | | | |
| Chapter 7 Trustee Compensation | $0.00 | | | |
| Chapter 7 Professional Fees | $0.00 | | | |
| Payments to Priority Tax Claims | $0.00 | | | |
| Payments to Priority Chapter 11 Claims | $0.00 | | | |
| Amount to Distribute to Unsecured Creditors | $0.00 | | | |