## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 24-13394-JGR |
| WESTERN RISE, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | (Subchapter V) |
| | ) | |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO MOTION TO APPROVE POST-PETITION FINANCING AND APPROVING DEBTOR-IN-POSSESSION CREDIT AND SECURITY AGREEMENT

The S Group, Inc. ("TSG"), by and through undersigned counsel, hereby withdraws its *Limited Objection to Motion to Approve Post-Petition Financing and Approving Debtor-in-Possession Credit and Security Agreement* (the "Objection") [Doc. 117], stating as follows:

1. Debtor Western Rise, Inc., through counsel, provided a draft of its proposed Amended Plan of Reorganization for TSG's review on December 5, 2024.

2. Given the information received, TSG has determined it is unnecessary to pursue its Objection. Therefore, TSG withdraws the Objection.

Dated this 9th day of December, 2024.

        MARKUS WILLIAMS YOUNG & HUNSICKER LLC

        By: */s/ Lacey S. Bryan*
        Bradley T. Hunsicker #43141
        Lacey S. Bryan, #51908
        1775 Sherman Street, Suite 1950
        Denver, CO 80203
        Phone: 303-830-0800
        E-mail: bhunsicker@markuswilliams.com
        lbryan@markuswilliams.com

        *Attorneys for The S Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2024, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO MOTION TO APPROVE POST-PETITION FINANCING AND APPROVING DEBTOR-IN-POSSESSION CREDIT AND SECURITY AGREEMENT** was filed and served via CM/ECF pursuant to L.B.R. 9013-1 and 9036-1 or via regular U.S. Mail postage prepaid, as indicated below on the following:

**Via CM/ECF**

**Via CM/ECF:**

Jonathan Dickey
jmd@kutnerlaw.com

Bradley T. Hunsicker
bhunsicker@markuswilliams.com

David Law
dbl@millerandlaw.com

Joli A. Lofstedt
joli@jaltrustee.com

Paul Moss
Paul.Moss@usdoj.gov

Amalia Y Sax-Bolder
asax-bolder@bhfs.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov


                                            */s/ Serina Schaefer*
                                            Serina Schaefer, Paralegal