## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

| | |
|---|---|
| December 18, 2024 | Honorable Joseph G. Rosania, Jr., Presiding<br>Courtroom B |

| | |
|---|---|
| In re:<br><br>**WESTERN RISE, INC.,**<br><br>Debtor. | Bankruptcy Case No. **24-13394-JGR**<br><br>Chapter 11 (Subchapter V) |

**Appearances:**

| | | | |
|---|---|---|---|
| Debtor | Western Rise, Inc. | Counsel | Jonathan Dickey |
| Trustee | United States Trustee, Patrick S. Layng | Counsel | Paul Moss |
| Subchapter V Trustee | Joli A. Lofstedt | Counsel | Pro Se |
| Creditor | GZ Impact Fund I, L.P. | Counsel | Amalia Y. Sax-Bolder |

**Proceedings:  Video status conference regarding Chapter 11 Small Business Subchapter V Plan filed September 17, 2024 (Doc. 89) and Objections thereto filed by United States Trustee (Doc. 98), The S Group, Inc., (Doc. 99), and GZ Impact Fund I, L.P., (Doc. 100).**

Entry of appearances and statements/arguments made.  All parties appeared by videoconference.

The Debtor requested the Court set a deadline for objecting to the Amended Plan of Reorganization Dated December 16, 2024, for Small Business Under Chapter 11, Subchapter V (Doc. 133) and to set a confirmation hearing for the same.  No parties objected to the request.

**Orders:**

1.  Objections.  Parties shall file objections to the Amended Plan with the Court on or before **January 8, 2025.**

2.  Witnesses and Exhibits.  L.B.R. 9070-1 applies to this matter. List of Witnesses and Exhibits may be filed/supplemented on or before **January 8, 2025.**  Exhibits shall be exchanged on or before the same date.

3.  A hearing regarding confirmation of the Amended Plan (Doc. 133) is scheduled for **Wednesday, January 15, 2025, commencing at 9:30 a.m.,** Courtroom B, by videoconference, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO  80202.

**To Join the ZoomGov Hearing:**

https://www.zoomgov.com/j/1613245580

Meeting ID: 161 324 5580
One tap mobile
+16692545252,,1613245580# US (San Jose)
+16468287666,,1613245580# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)

+1 646 828 7666 US (New York)
+1 669 216 1590 US (San Jose)
+1 551 285 1373 US
833 435 1820 US Toll-free
833 568 8864 US Toll-free
Meeting ID: 161 324 5580
Find your local number:
https://www.zoomgov.com/u/acsQhhI2T

BY THE COURT:
Kenneth S. Gardner, Clerk

By:  S. Nicholls, Law Clerk